IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC.,<br><br>                     Plaintiff,<br><br>               v.<br><br>2GIG TECHNOLOGIES, INC.,<br><br>and<br><br>SCOTT SIMON,<br><br>                    Defendants. | 09 CIV. 09-5156 (LDW) (ARL)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert S. Berezin, of Weil, Gotshal & Manges LLP, as counsel for Defendant 2GIG Technologies, Inc. in the above-captioned matter. Mr. Berezin certifies that he is admitted to practice in this Court.

DATED: New York, New York
           December 15, 2009

Respectfully submitted,

*[signature]*
Robert S. Berezin (RB-4749)
robert.berezin@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8884
Facsimile: (212) 310-8007

*Attorney for Defendant 2GIG Technologies, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing were caused to be served on December 15, 2009 upon the following in the manner indicated:

*VIA CM/ECF*

Atif Nabeel Khawaja
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800
atif.khawaja@kirkland.com

Robert G. Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017
(213) 680-8400
robert.krupka@kirkland.com

*Attorneys for Plaintiff*
*Honeywell International, Inc.*

_____
Bin Wang