IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> 2GIG TECHNOLOGIES, INC., <br><br> and <br><br> SCOTT SIMON, <br><br> Defendants. | 09 CIV. 09-5156 (LDW) (ARL) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed Affidavit of Matthew D. Powers in support of this Motion and the materials annexed thereto, we will move this Court, before the Honorable Arlene R. Lindsay, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an Order granting Matthew D. Powers *pro hac vice* admission to this Court to argue and try the above-captioned action, in whole or in part, as counsel for Defendants 2GIG Technologies, Inc. and Scott Simon pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Eastern District of New York. Matthew D. Powers is a partner of the firm of Weil, Gotshal & Manges LLP and a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Matthew D. Powers in any State or Federal Court.

Dated: New York, New York
December 29, 2009

                                      Respectfully submitted,

                                      */s/ Robert S. Berezin*
                                      Robert S. Berezin (RB-4749)
                                      robert.berezin@weil.com

                                      Weil, Gotshal & Manges LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8884
                                      Facsimile: (212) 310-8007

                                      *Attorney for Defendants 2GIG*
                                      *Technologies, Inc. and Scott Simon*

TO:    Atif Nabeel Khawaja
        Kirkland & Ellis LLP
        601 Lexington Avenue
        New York, NY 10022
        (212) 446-4800
        atif.khawaja@kirkland.com

        Robert G. Krupka
        Kirkland & Ellis LLP
        777 South Figueroa Street
        Los Angeles, CA 90017
        (213) 680-8400
        robert.krupka@kirkland.com

        *Attorneys for Plaintiff*
        *Honeywell International, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>2GIG TECHNOLOGIES, INC.,<br><br>and<br><br>SCOTT SIMON,<br><br>Defendants. | 09 CIV. 09-5156 (LDW) (ARL)<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF MATTHEW D. POWERS IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

MATTHEW D. POWERS, being sworn, hereby deposes and states as follows:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP. I am resident in the Silicon Valley office of the firm.

2. I submit this Affidavit in support of my Motion for an Order granting Matthew D. Powers *pro hac vice* admission to this Court to argue and try the above-captioned action, in whole or in part, as counsel for Defendants 2GIG Technologies, Inc. and Scott Simon pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Eastern District of New York.

3. I was admitted to practice before the courts of the State of California on December 3, 1982. I have been and am currently a member in good standing of the Bar of the State of California. My Certificate of Good Standing in the Bar of the State of California, dated December 18, 2009, is annexed hereto.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Because no novel issue of law is involved in this Motion, I request that this Court waive the requirement of a supporting memorandum of law pursuant to Local Civil Rule 7.1 of the United States District Court for the Eastern District of New York.

6. Also annexed hereto is a Proposed Order granting this Motion.

7. There has been no prior application for the relief requested herein.

WHEREFORE, it is respectfully requested that this Court grant Matthew D. Powers *pro hac vice* admission to the Bar of this Court for the purpose of arguing and trying this one case.

Dated: 12/29/09

Respectfully submitted,

Matthew D. Powers
matthew.powers@weil.com

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3200
Facsimile: (650) 802-3100

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Mateo

On 12/29/09 before me, Tiffeny Lang, Notary Public
personally appeared Matthew Douglas Powers

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: Tiffeny Lang

**TIFFENY LANG**
Commission # 1841032
Notary Public - California
San Mateo County
My Comm. Expires Mar 20, 2013

--- OPTIONAL ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Affidavit of Matthew D. Powers
Document Date: 12/29/09    Number of Pages: 4
Signer(s) Other Than Named Above: n/a

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Matthew D. Powers
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: himself

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

| | |
|---|---|
| **THE STATE BAR OF CALIFORNIA** | **MEMBER SERVICES CENTER** |
| 180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639 | TELEPHONE: 888-800-3400 |

# CERTIFICATE OF STANDING

December 18, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW DOUGLAS POWERS, #104795 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1982; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| HONEYWELL INTERNATIONAL, INC., | |
|---|---|
| Plaintiff, | |
| v. | 09 CIV. 09-5156 (LDW) (ARL) |
| 2GIG TECHNOLOGIES, INC., | JURY TRIAL DEMANDED |
| and | |
| SCOTT SIMON, | |
| Defendants. | |

## **PROPOSED ORDER**

The motion for admission to practice *pro hac vice* in the above-captioned action is GRANTED. The admitted attorney, Matthew D. Powers, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms the appearance of Matthew D. Powers as counsel in this case, and it will be entered on the Court's docket. A notation of the *pro hac vice* admission of Matthew D. Powers for the above-captioned action will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: Central Islip, New York
       January __, 2010

                                                                                                                                                         _____
                                                                                                                                                          Hon. Arlene R. Lindsay

cc:    Court File

        Matthew D. Powers
        matthew.powers@weil.com

        Weil, Gotshal & Manges LLP
        201 Redwood Shores Parkway
        Redwood Shores, CA 94065
        Telephone: (650) 802-3200
        Facsimile: (650) 802-3100

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing were caused to be served on December 29, 2009 upon the following in the manner indicated:

*VIA CM/ECF*

Atif Nabeel Khawaja
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
atif.khawaja@kirkland.com

Robert G. Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
(213) 680-8400
robert.krupka@kirkland.com

*Attorneys for Plaintiff
Honeywell International, Inc.*

_____
Bin Wang