IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> 2GIG TECHNOLOGIES, INC., <br><br> and <br><br> SCOTT SIMON, <br><br> Defendants. | 09 CIV. 5156 (LDW) (ARL) <br><br> JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

Please enter the appearance of Lucy E. Muzzy, of Weil, Gotshal & Manges LLP, as counsel for Defendants 2GIG Technologies, Inc. and Scott Simon in the above-captioned matter. Ms. Muzzy certifies that she is admitted to practice in this Court.

DATED: New York, New York
       March 16, 2010

Respectfully submitted,

Lucy E. Muzzy (LM-5155)
lucy.muzzy@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8244
Facsimile: (212) 310-8007

*Attorney for Defendants 2GIG Technologies, Inc. and Scott Simon*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing were caused to be served on March 16, 2010 upon the following in the manner indicated:

*VIA CM/ECF AND ELECTRONIC MAIL*

Atif Nabeel Khawaja
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800
atif.khawaja@kirkland.com

Robert G. Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017
(213) 680-8400
robert.krupka@kirkland.com

*Attorneys for Plaintiff
Honeywell International, Inc.*

_____
Bin Wang