IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>2GIG TECHNOLOGIES, INC.,<br><br>and<br><br>SCOTT SIMON,<br><br>　　　　　　　Defendants. | 09 CIV. 5156 (LDW) (ARL)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please enter the appearance of Douglas W. McClellan, of Weil, Gotshal & Manges LLP, as counsel for Defendants 2GIG Technologies, Inc. and Scott Simon in the above-captioned matter. Mr. McClellan certifies that he is admitted to practice in this Court with regard to the above-captioned matter.

DATED: New York, New York  
　　　　　June 11, 2010

Respectfully submitted,

/s/ Douglas W. McClellan  
Douglas W. McClellan  
doug.mcclellan@weil.com

WEIL, GOTSHAL & MANGES LLP  
700 Louisiana, Suite 1600  
Houston, TX 77002  
Telephone: (713) 546-5313  
Facsimile: (713) 224-9511

*Attorney for Defendants 2GIG Technologies, Inc. and Scott Simon*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing were caused to be served on June 11, 2010 upon the following in the manner indicated:

*VIA CM/ECF*

Atif Nabeel Khawaja
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800
atif.khawaja@kirkland.com

Robert G. Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017
(213) 680-8400
robert.krupka@kirkland.com

*Attorneys for Plaintiff*
*Honeywell International, Inc.*

Bin Wang