IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>2Gig TECHNOLOGIES, INC.,<br><br>and<br><br>SCOTT SIMON,<br><br>　　　　　　　　　Defendants. | 09 CIV. 5156 (LDW) (ARL)<br><br>JURY TRIAL DEMANDED |

**PROPOSED AMENDED SCHEDULING ORDER**

On this day came to be heard the Unopposed Motion of Defendants Scott Simon and 2GIG Technologies, Inc. for an Extension of the Schedule. Having carefully considered the Motion, the Court is of the opinion that it should be GRANTED.

IT IS HEREBY ORDERED that the following pre-trial schedule is adopted:

| | |
|---|---|
| Rebuttal expert reports | July 21, 2010 |
| Discovery cutoff | August 13, 2010 |
| Notice of dispositive motions | August 27, 2010 |
| Pre-trial conference | September 28, 2010 |

Dated: Central Islip, New York       **SO ORDERED:**

July __, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ARLENE ROSARIO LINDSAY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge